██ STEPHEN REUS et al., Appellants, v CHURCHVILLE CHILI CENTRAL SCHOOL DISTRICT et al., Respondents, et al., Defendants. [48 NYS3d 910]—Appeal from an order of the Supreme Court, Monroe County (William K. Taylor, J.), entered May 18, 2016. The order, insofar as appealed from, denied the motion of plaintiffs for partial summary judgment pursuant to Labor Law § 240 (1).

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 7, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Peradotto, J.P., Carni, Lindley, Curran and Scudder, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TINA KRENKEL, Appellant. [48 NYS3d 910]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered January 12, 2016. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the seventh degree.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Bald*, 34 AD3d 1362, 1362 [2006]). Present—Whalen, P.J., Centra, Peradotto, DeJoseph and Scudder, JJ.